UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION


GERALDINE M. GROSINSKY,

                  Plaintiff,                      CIVIL ACTION NO. 06-11647

        v.                           DISTRICT JUDGE  DENISE PAGE HOOD

COMMISSIONER OF               MAGISTRATE JUDGE VIRGINIA MORGAN
SOCIAL SECURITY,

                  Defendant.
_____/

<u>REPORT AND RECOMMENDATION</u>

This is an action for judicial review of the defendant's decision denying the plaintiff's application for Social Security disability benefits.  The complaint was filed on April 5, 2006.  On April 24, 2006 the court entered an Order Granting plaintiff's Application to Proceed In Forma Pauperis and further ordered that plaintiff arrange for service of the complaint.  Pursuant to Federal Rules of Civil Procedure Rule 4 service of the summons and complaint is to be made within 120 days.  Over 120 days have passed and the court docket reflects that the plaintiff still has not served the complaint.  Accordingly, it is recommended that the complaint be dismissed.

The parties to this action may object to and seek review of this Report and Recommendation, but are required to act within ten (10) days of service of a copy hereof as provided for in 28 U.S.C. § 636(b)(1) and E.D. Mich. LR 72.1(d)(2).  Failure to file specific objections constitutes a waiver of any further right of appeal.  <u>Thomas v. Arn</u>, 474 U.S. 140 (1985); <u>Howard v. Secretary of HHS</u>, 932 F.2d 505, 508 (6th Cir. 1991); <u>United States v.</u>

Walters, 638 F.2d 947, 949-50 (6th Cir. 1981).  Filing of objections which raise some issues, but fail to raise others with specificity, will not preserve all the objections a party might have to this Report and Recommendation.  Willis v. Secretary of HHS, 931 F.2d 390, 401 (6th Cir. 1991); Smith v. Detroit Fed'n of Teachers Local 231, 829 F.2d 1370, 1373 (6th Cir. 1987).  Pursuant to E.D. Mich. LR 72.1(d)(2), a copy of any objections is to be served upon this magistrate judge.

Within ten (10) days of service of any objecting party's timely filed objections, the opposing party may file a response.  The response shall be not more than 20 pages in length unless by motion and order such page limit is extended by the court.  The response shall address specifically, and in the same order raised, each issue contained within the objections.

S/VIRGINIA M. MORGAN
VIRGINIA M. MORGAN
UNITED STATES MAGISTRATE JUDGE

Dated:  September 08, 2006

---

**PROOF OF SERVICE**

The undersigned certifies that the foregoing Report and Recommendation was served upon counsel of record via the Court's ECF System and/or U. S. Mail on September 08, 2006.

s/Kendra Byrd
Case Manager to
Magistrate Judge Virginia M. Morgan