**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

**GERALDINE GROSINSKY,**

             **Plaintiff,**                                          **Case No. 06-11647**
**vs.**                                                           **HONORABLE DENISE PAGE HOOD**

**COMMISSIONER OF SOCIAL**
**SECURITY,**

             **Defendant.**
_____/

**ORDER ACCEPTING REPORT AND RECOMMENDATION**

This matter is before the Court on Magistrate Judge Virginia Morgan's Report and

Recommendation dated September 8, 2006.  Plaintiff filed no objections to the Magistrate Judge's

Report and Recommendation.

The Magistrate Judge recommended that Plaintiff's Complaint be dismissed for failure to

properly serve Defendant with the Summons and Complaint pursuant to Fed. R. Civ. P. 4.  Plaintiff

filed the instant action on April 5, 2006.  A review of the docket establishes that Plaintiff has failed

to serve Defendant with the Summons and Complaint.

Accordingly,

IT IS ORDERED that Magistrate Judge Virginia Morgan's Report and Recommendation

[**Docket No. 5, filed September 8, 2006**] is ACCEPTED and ADOPTED.

IT IS FURTHER ORDERED that Plaintiff's Complaint is DISMISSED WITHOUT

PREJUDICE.

                                                          /s/ Denise Page Hood
                                                          DENISE PAGE HOOD
Dated:  November 30, 2006                                 United States District Judge